**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Travelers Casualty and Surety Company of America, and St. Paul Fire and Marine Insurance Company, | Civil No. 20-cv-1865 (DSD/HB) |
| Plaintiffs, | |
| v. | **ORDER ON THIRD STIPULATION TO EXTEND DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND** |
| LTF Holdings, Inc., LTF Intermediate Holdings, Inc., Life Time, Inc. d/b/a Life Time Fitness, Inc., LTF Operations Holdings, Inc., LTF Club Operations Company, Inc., LTF Construction Company, LLC, and LTF Real Estate Company, Inc. | |
| Defendants. | |

---

Pursuant to the Third Stipulation to Extend Defendants' Time to Answer Complaint (ECF No. 20), entered into by the parties,

**IT IS HEREBY ORDERED** that the Stipulation (ECF No. 20) is **APPROVED** and the time for Defendants, LTF Holdings, Inc., LTF Intermediate Holdings, Inc., Life Time, Inc. d/b/a Life Time Fitness, Inc., LTF Operations Holdings, Inc., LTF Club Operations Company, Inc., LTF Construction Company, LLC, and LTF Real Estate Company, Inc. to answer or otherwise respond to the Complaint is extended to and including **March 5, 2021**.

No further extensions may be sought without first scheduling a conference call with the Court *in advance of the above deadline*. The parties must contact chambers to get a date and time for a conference call before filing any further stipulations or requests.

Dated:  December 30, 2020

  s/ *Hildy Bowbeer*
HILDY BOWBEER
United States Magistrate Judge