# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Travelers Casualty and Surety Company of America, and St. Paul Fire and Marine Insurance Company, | Case No.: 0:20-CV-01865-DSD/HB |
| Plaintiffs, | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| LTF Holdings, Inc., LTF Intermediate Holdings, Inc., Life Time, Inc. d/b/a Life Time Fitness, Inc., LTF Operations Holdings, Inc., LTF Club Operations Company, Inc., LTF Construction Company, LLC, and LTF Real Estate Company, Inc. | |
| Defendants. | |

PLEASE TAKE NOTICE that Plaintiffs, under Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action without prejudice.  Counsel for Plaintiff shall serve this Notice on each Defendant.

GREGERSON, ROSOW, JOHNSON & NILAN, LTD.

Dated: March 5, 2021

/s/ Daniel R. Gregerson
Daniel R. Gregerson, #0336518
Daniel A. Ellerbrock, #0392039
100 South Washington Avenue, Suite 1550
Minneapolis, MN 55401
Telephone: (612) 338-0755
Email:  dangregerson@grjn.com
Email: dellerbrock@grjn.com

*Attorneys for Plaintiffs Travelers Casualty and Surety Company of America and St. Paul Fire and Marine Insurance Company*